DAYLE ELIESON
United States Attorney
District of Nevada

LINDSY M. ROBERTS
Assistant United States Attorney
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: lindsy.roberts@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL MITCHELL and EUSEBIO NAVA GAMA, | Case No: 2:18-cv-01413-JCM-PAL |
| Plaintiffs, | **FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| MICHAEL POMPEO, UNITED STATES SECRETARY of STATE, *et al.*, | **(First Request)** |
| Defendants. | |

Federal Defendants respectfully move for an extension of time of thirty (30) days until **October 31, 2018**, to respond to Plaintiffs' Complaint (ECF No. 1). Currently a response is due October 1, 2018. Plaintiffs do not oppose this request.

This Motion is based on the following Memorandum of Points and Authorities.

Respectfully submitted this 28th day of September 2018.

                                      DAYLE ELIESON
                                      United States Attorney

                                      */s/ Lindsy M. Roberts*
                                      LINDSY M. ROBERTS
                                      Assistant United States Attorney

## MEMORANDUM OF POINTS AND AUTHORITIES

The parties in this action are currently engaged in discussions about the claims set forth in the Complaint and Plaintiff Eusebio Nava Gama's immigration history. The parties believe that they may be able to resolve this matter without further litigation.

Federal Defendants request, and Plaintiffs' counsel does not oppose, a thirty day extension to allow the parties the opportunity to further evaluate the claims set forth and determine whether the matter can be resolved.

This request is filed in good faith and not for the purposes of undue delay.

If the parties are unable to resolve the matter, Federal Defendants will file a response to the complaint by October 31, 2018, with the Court's approval.

Respectfully submitted this 28th day of September 2018.

DAYLE ELIESON
United States Attorney

*/s/ Lindsy M. Roberts*
LINDSY M. ROBERTS
Assistant United States Attorney

IT IS SO ORDERED:

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

DATED: October 3, 2018

## PROOF OF SERVICE

I, Lindsy M. Roberts, certify that the **UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** was served on this date via the Court's Electronic Case Filing system, unless specified otherwise below.

Dated this 28th day of September 2018.

*/s/ Lindsy M. Roberts*
LINDSY M. ROBERTS
Assistant United States Attorney

2